IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BELINDA STOREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-cv-4011-JPG |
| ) | |
| ILLINOIS STATE POLICE, CAPT. ) | |
| PHIL SYLVESTER, in his individual ) | |
| and official capacities, and LT. ) | |
| THOMAS STEHLEY, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and the jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count I in favor of defendant Illinois State Police and against plaintiff Belinda Storey; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Count II in favor of plaintiff Belinda Storey and against defendant Illinois State Police in the amount of $146,000.00; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Count III in favor of defendant Phil Sylvester and against plaintiff Belinda Storey; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Belinda Storey's claims in Count IV against defendants Phil Sylvester and Thomas Stehley in their individual and personal capacities are dismissed with prejudice.

**DATED: September 14, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**s/Vicki McGuire**
**Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. District Judge**