UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BELINDA STOREY,

    Plaintiff,

  v.

ILLINOIS STATE POLICE et al.,

    Defendants.

Case No. 05-cv-4011-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by the Court**.  This matter having come before the Court on a motion for relief from judgment, and the Court having vacated its prior judgment and dismissed the case with prejudice,

**IT IS HEREBY ORDERED AND ADJUDGED** that all plaintiff Belinda Storey's claims against the Illinois State Police, Phil Sylvester and Thomas Stehley, in this case, are **DISMISSED WITH PREJUDICE**.

**DATED: January 17, 2007.**

                                    **NORBERT G. JAWORSKI, CLERK**

                                    **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
              **J. PHIL GILBERT**
              **U.S. District Judge**